(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT, FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS

Case: 762-636
P 1 EVANS LAW
CORPORATION APLC

To: RICHARD C. STANLEY
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC
909 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70112

CK NO 2695 - $120.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT"*** of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***FIFTEEN
(15) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 15th day of July, 2016.

      /s/ Joann M Gasper
      Joann M Gasper, Deputy Clerk of Court for
      Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT, FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1889-4

Received: 7/20/16   Served: 7/20/16   Returned: 7/20/16

Service was made:
____ Personal _____   Domiciliary _____

Unable to serve:
____ Not at this address   ____ Numerous attempts ____ times
____ Vacant   ____ Received too late to serve
____ Moved   ____ No longer works at this address
____ No such address   ____ Need apartment / building number
____ Other _____

Service: $_____   Mileage: $_____   Total: $_____
Completed by: _____   # _____
Parish of: _____

**EXHIBIT E**

Page 1 of 1

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT AGREEMENT, FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1890-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS

Case: 762-636
P 1  EVANS LAW
CORPORATION APLC

To: WILLIAM M. ROSS
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC
909 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70112

CK NO 2695 - $120.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **_PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT"_** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **_FIFTEEN (15) CALENDAR_** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of Court on the 15th day of July, 2016.

      /s/ Joann M Gasper
      Joann M Gasper, Deputy Clerk of Court for
      Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT AGREEMENT, FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1890-2

Received: 7/28/16  Served: 7/29/16  Returned: 7/29/16

Service was made:
  ✓ Personal _____ _____ Domiciliary _____
      Patti, Secty.

Unable to serve:
  _____ Not at this address    _____ Numerous attempts _____ times
  _____ Vacant    _____ Received too late to serve
  _____ Moved    _____ No longer works at this address
  _____ No such address    _____ Need apartment / building number
  _____ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by: _____ # _____
      Deputy Sheriff
Parish of: _____

4-38P.M.

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1885-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
    versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS

Case: 762-636    Div: "M"
P 1  EVANS LAW
CORPORATION APLC

To: CESAR R. BURGOS
3535 CANAL STREET
NEW ORLEANS LA 70119

CK NO 2695 - $120.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **_PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT"_**  of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **_FIFTEEN
(15) CALENDAR_** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 15th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1885-2

Received:_____    Served:_____    Returned:_____

Service was made:
    ___ Personal         ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant              ___ Received too late to serve
    ___ Moved              ___ No longer works at this address
    ___ No such address     ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                 Deputy Sheriff
Parish of: _____

Imaged 07/15/2016 12:25 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR          160715-1886-0
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III                                        Case: 762-636   Div: "M"
   versus                         P 1  EVANS LAW
CESAR R BURGOS, BURGOS LAW CORPORATION           CORPORATION APLC
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS

To:  BURGOS LAW CORPORATION APLC
Through their Agent:
CESAR BURGOS                                     CK NO 2695 - $120.00
3535 CANAL STREET
NEW ORLEANS,  LA 70119

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the _**PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT"**_  of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within _**FIFTEEN
(15) CALENDAR**_ days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 15th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR          160715-1886-0
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal            ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts _____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment /  building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
            Deputy Sheriff
Parish of: _____

Imaged 07/15/2016 12:25 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR      160715-1887-8
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus

CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS

Case: 762-636    Div: "M"
P 1  EVANS LAW
CORPORATION APLC

To: GEORGE MCGREGOR
BURGOS LAW CORPORATION APLC
3535 CANAL STREET
NEW ORLEANS, LA 70119

CK NO 2695 - $120.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **_PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT"_**  of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **_FIFTEEN
(15) CALENDAR_** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 15th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

<div align="center">

_____SERVICE INFORMATION_____

</div>

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR      160715-1887-8
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

Received:_____    Served:_____    Returned:_____

Service was made:
   ___ Personal          ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant            ___ Received too late to serve
   ___ Moved            ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                 Deputy Sheriff
Parish of: _____

Imaged 07/15/2016 12:25 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT, FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR       160715-1888-6
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                                         Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION           P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,            CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS

To: ROBERT DAIGRE
BURGOS LAW CORPORATION APLC
3535 CANAL STREET                                CK NO 2695 - $120.00
NEW ORLEANS, LA 70119

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT"*** of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***FIFTEEN
(15) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 15th day of July, 2016.

<div align="center">

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT, FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR       160715-1888-6
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal                  ___ Domiciliary _____

Unable to serve:
   ___ Not at this address      ___ Numerous attempts _____ times
   ___ Vacant                   ___ Received too late to serve
   ___ Moved                    ___ No longer works at this address
   ___ No such address          ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                          Deputy Sheriff
Parish of: _____

Imaged 07/15/2016 12:25 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1889-4

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS

Case: 762-636   Div: "M"
P 1  EVANS LAW
CORPORATION APLC

To: RICHARD C. STANLEY
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC
909 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70112

CK NO 2695 - $120.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT"*** of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***FIFTEEN
(15) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 15th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

————————————————SERVICE INFORMATION————————————————

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1889-4

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal         ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant              ___ Received too late to serve
   ___ Moved              ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                          Deputy Sheriff
Parish of: _____

Imaged 07/15/2016 12:25 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1890-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS

Case: 762-636    Div: "M"
P 1  EVANS LAW
CORPORATION APLC

To: WILLIAM M. ROSS
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC
909 POYDRAS STREET, SUITE 2500
NEW ORLEANS, LA 70112

CK NO 2695 - $120.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT"*** of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***FIFTEEN
(15) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 15th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT,  FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1890-2

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal                   ___ Domiciliary _____

Unable to serve:
   ___ Not at this address       ___ Numerous attempts _____ times
   ___ Vacant                    ___ Received too late to serve
   ___ Moved                     ___ No longer works at this address
   ___ No such address           ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                          Deputy Sheriff
Parish of: _____

Page 1 of 1

Imaged 07/15/2016 12:25 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT, FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1899-3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS

Case: 762-636   Div: "M"
P 1  EVANS LAW
CORPORATION APLC

To:  ATTORNEY GENERAL FOR THE
STATE OF LOUISIANA
1885 NORTH 3RD STREET, 6TH FLOOR
BATON ROUGE, LA 70802

CK NO 2696 - $23.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **_PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT"_** of which a true and correct copy
accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **_FIFTEEN
(15) CALENDAR_** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 15th day of July, 2016.

          /s/ Joann M Gasper
          Joann M Gasper, Deputy Clerk of Court for
          Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR NULLIFICATION OF SETTLEMENT
AGREEMENT, FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR
AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE
PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR
TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR
MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160715-1899-3

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal         ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant               ___ Received too late to serve
    ___ Moved               ___ No longer works at this address
    ___ No such address     ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____# _____
               Deputy Sheriff
Parish of: _____

Imaged 07/15/2016 12:39 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR                160727-3669-3
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                                    Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION         P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,          CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: CESAR R. BURGOS
and THE BURGOS LAW CORPORATION, APLC
Through their Agent:
CESAR BOURGOS                                  CK NO 2700 - $100.00
3535 CANAL STREET
NEW ORLEANS LA 70119


PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***FIRST AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.


This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 27th day of July, 2016.

<div align="center">

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR                160727-3669-3
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

Received:_____    Served:_____    Returned:_____

Service was made:
   ___ Personal          ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant              ___ Received too late to serve
   ___ Moved               ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Page 1 of 2

Imaged 07/27/2016 10:47 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR                160727-3670-1
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

<div align="center">
24TH JUDICIAL DISTRICT COURT<br>
PARISH OF JEFFERSON<br>
STATE OF LOUISIANA
</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
    versus                             Case: 762-636   Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION       P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,       CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: GEORGE MCGREGOR
BURGOS LAW CORPORATION APLC
3535 CANAL STREET                         CK NO 2700 - $100.00
NEW ORLEANS LA 70119

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***FIRST AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 27th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR                160727-3670-1
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal            ___ Domiciliary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant             ___ Received too late to serve
    ___ Moved             ___ No longer works at this address
    ___ No such address     ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                       Deputy Sheriff
Parish of:_____

Page 1 of 1



(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRATICE;          160727-3671-9

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B EVANS III
    versus                    Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION      P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,      CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: ROBERT DAIGRE
BURGOS LAW CORPORATION APLC
3535 CANAL STREET                   CK NO 2700 - $100.00
NEW ORLEANS LA 70119

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***FIRST AMENDED PETITION*** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of Court on the 27th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRATICE;          160727-3671-9

Received:_____ Served:_____ Returned:_____

Service was made:
    ___ Personal        ___ Domicilary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant             ___ Received too late to serve
    ___ Moved            ___ No longer works at this address
    ___ No such address     ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
               Deputy Sheriff
Parish of:_____

<div align="right">Imaged 07/27/2016 10:47 - Signed: Deputy Clerk of Court /s/ Joann M Gasper</div>

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRATICE;       160727-3672-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B EVANS III
    versus     Case: 762-636   Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION    P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,    CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: RICHARD C. STANLEY
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC     CK NO 2700 - $100.00
909 POYDRAS STREET SUITE 2500
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***FIRST AMENDED PETITION*** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of Court on the 27th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A PERSONAL INJURY SUIT AND FOR MALPRATICE;       160727-3672-7

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal          ___ Domiciliary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant               ___ Received too late to serve
    ___ Moved                ___ No longer works at this address
    ___ No such address      ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff

Imaged 07/27/2016 10:47 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR                160727-3673-5
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                                         Case: 762-636   Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION          P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,            CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: WILLIAM M. ROSS
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC                                              CK NO 2700 - $100.00
909 POYDRAS STREET SUITE 2500
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **_FIRST AMENDED PETITION_** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **_TEN (10) CALENDAR_** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of Court on the 27th day of July, 2016.

<div align="center">

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR                160727-3673-5
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal        ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant             ___ Received too late to serve
   ___ Moved             ___ No longer works at this address
   ___ No such address     ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
          Deputy Sheriff

Page 1 of 2

Imaged 07/27/2016 10:47 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR          160727-3674-3
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
    versus                    Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION    P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,     CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To:  ATTORNEY GENERAL FOR THE
STATE OF LOUISIANA
1885 NORTH 3RD STREET - 6TH FLOOR      CK NO 2701 - $23.36
BATON ROUGE, LA 70802

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***FIRST AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 27th day of July, 2016.

<div align="center">

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE FIRST AMENDED PETITION OF PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR          160727-3674-3
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMORRAL AND DECITFUL CONDUCT, FOR MISHANDLING OF A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal           ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant               ___ Received too late to serve
   ___ Moved                ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____
Completed by:_____ # _____
                       Deputy Sheriff
Parish of:_____

Page 1 of  1

Imaged 07/27/2016 10:47 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR          160727-3698-2
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRACTICE;

<div align="center">
24TH JUDICIAL DISTRICT COURT<br>
PARISH OF JEFFERSON<br>
STATE OF LOUISIANA
</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
    versus                    Case: 762-636   Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION    P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,    CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: CESAR R. BURGOS
and THE BURGOS LAW CORPORATION, APLC
Through their Agent:  CESAR BURGOS        CK NO 2705 - $100.00
3535 CANAL STREET
NEW ORLEANS LA 70119

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***SECOND AMENDED PETITION*** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of Court on the 27th day of July, 2016.

<div align="center">
/s/ Joann M Gasper<br>
Joann M Gasper, Deputy Clerk of Court for<br>
Jon A. Gegenheimer, Clerk of Court
</div>

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR          160727-3698-2
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRACTICE;

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal          ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant             ___ Received too late to serve
    ___ Moved              ___ No longer works at this address
    ___ No such address      ___ Need apartment /  building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
                    Deputy Sheriff

Imaged 07/27/2016 11:51 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR                    160727-3699-0
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRACTICE;

<center>
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA
</center>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                                  Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION        P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,         CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: GEORGE MCGREGOR
BURGOS LAW CORPORATION APLC
3535 CANAL STREET                             CK NO 2705 - $100.00
NEW ORLEANS LA 70119

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **_SECOND AMENDED_**
**_PETITION_** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within **_TEN (10) CALENDAR_** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 27th day of July, 2016.

<div style="margin-left:40%">
/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court
</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR                    160727-3699-0
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRACTICE;

Received:_____   Served:_____   Returned:_____

Service was made:
  ___ Personal            ___ Domiciliary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant                ___ Received too late to serve
  ___ Moved                 ___ No longer works at this address
  ___ No such address        ___ Need apartment / building number
  ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
              Deputy Sheriff
Parish of:_____

Page 1 of 1

Imaged 07/27/2016 11:51 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR              160727-3700-6
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRACTICE;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                                      Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION        P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,          CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: ROBERT DAIGRE
BURGOS LAW CORPORATION APLC
3535 CANAL STREET                              CK NO 2705 - $100.00
NEW ORLEANS LA 70119

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***SECOND AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 27th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR              160727-3700-6
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRACTICE;

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal            ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                 ___ Received too late to serve
   ___ Moved                  ___ No longer works at this address
   ___ No such address        ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Page 1 of 1

Imaged 07/27/2016 11:51 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A PERSONAL INJURY SUIT AND FOR MALPRACTICE;      160727-3701-4

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
    versus                          Case: 762-636   Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION      P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,       CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: RICHARD C. STANLEY
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC                                          CK NO 2705 - $100.00
909 POYDRAS STREET SUITE 2500
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **_SECOND AMENDED PETITION_** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **_TEN (10) CALENDAR_** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of Court on the 27th day of July, 2016.

<div align="center">

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A PERSONAL INJURY SUIT AND FOR MALPRACTICE;      160727-3701-4

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal            ___ Domiciliary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant               ___ Received too late to serve
   ___ Moved                ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
             Deputy Sheriff

Page 1 of 2

Imaged 07/27/2016 11:51 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR          160727-3702-2
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRACTICE;

<div style="text-align:center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                                     Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION       P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,        CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: WILLIAM M. ROSS
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC                                          CK NO 2705 - $100.00
909 POYDRAS STREET SUITE 2500
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **_SECOND AMENDED_**
**_PETITION_** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within **_TEN (10) CALENDAR_** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 27th day of July, 2016.

<div style="text-align:center">

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR
NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR          160727-3702-2
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRACTICE;

Received:_____    Served:_____    Returned:_____

Service was made:
   ___ Personal            ___ Domiciliary _____

Unable to serve:
      ___ Not at this address      ___ Numerous attempts _____ times
      ___ Vacant                  ___ Received too late to serve
      ___ Moved                   ___ No longer works at this address
      ___ No such address         ___ Need apartment /  building number
      ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff

Page 1 of 2

Imaged 07/27/2016 11:51 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A PERSONAL INJURY SUIT AND FOR MALPRACTICE

160727-3703-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
    versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

Case: 762-636   Div: "M"
P 1  EVANS LAW
CORPORATION APLC

To:  ATTORNEY GENERAL FOR THE
STATE OF LOUISIANA
1885 NORTH 3RD STREET - 6TH FLOOR
BATON ROUGE, LA 70802

CK NO 2706 - $23.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***SECOND AMENDED PETITION*** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of Court on the 27th day of July, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE SECOND AMENDED PETITION FOR PETITION FOR NULLIFICATION OF "SETTLEMENT AGREEMENT" FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACTS FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A PERSONAL INJURY SUIT AND FOR MALPRACTICE;

160727-3703-0

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal        ___ Domicilary _____

Unable to serve:
___ Not at this address   ___ Numerous attempts _____ times
___ Vacant            ___ Received too late to serve
___ Moved           ___ No longer works at this address
___ No such address     ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                     Deputy Sheriff
Parish of:_____

Page 1 of 1

Imaged 07/27/2016 11:51 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,      160802-4491-2
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                            Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION    P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,      CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: CESAR R. BURGOS
and THE BURGOS LAW CORPORATION, APLC
Through their Agent:
3535 CANAL STREET                        CK NO 4013 - $100.00
NEW ORLEANS LA 70119

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***THIRD AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 2nd day of August, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,      160802-4491-2
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

Received:_____    Served:_____    Returned:_____

Service was made:
    ___ Personal                    ___ Domiciliary _____

Unable to serve:
    ___ Not at this address        ___ Numerous attempts _____ times
    ___ Vacant                          ___ Received too late to serve
    ___ Moved                          ___ No longer works at this address
    ___ No such address          ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Imaged 08/02/2016 12:52 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A PERSONAL INJURY SUIT AND FOR MALPRATICE;

160802-4492-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B EVANS III
   versus
CESAR R BURGOS, BURGOS LAW CORPORATION APLC, GEORGE MCGREGOR, ROBERT DAIGRE, RICHARD C STANLEY, WILLIAM M ROSS, CNA INSURANCE COMPANY

Case: 762-636   Div: "M"
P 1  EVANS LAW CORPORATION APLC

To: GEORGE MCGREGOR
BURGOS LAW CORPORATION APLC
3535 CANAL STREET
NEW ORLEANS LA 70119

CK NO 4013 - $100.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***THIRD AMENDED PETITION*** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of Court on the 2nd day of August, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES, FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A PERSONAL INJURY SUIT AND FOR MALPRATICE;

160802-4492-0

Received:_____  Served:_____  Returned:_____

Service was made:
_____ Personal    _____ Domiciliary _____

Unable to serve:
_____ Not at this address   _____ Numerous attempts _____ times
_____ Vacant   _____ Received too late to serve
_____ Moved   _____ No longer works at this address
_____ No such address   _____ Need apartment / building number
_____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
              Deputy Sheriff
Parish of: _____

Imaged 08/02/2016 12:52 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

160802-4493-8

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

Case: 762-636     Div: "M"
P 1  EVANS LAW
CORPORATION APLC

To: ROBERT DAIGRE
BURGOS LAW CORPORATION APLC
3535 CANAL STREET
NEW ORLEANS LA 70119

CK NO 4013 - $100.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***THIRD AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 2nd day of August, 2016.

<u>/s/ Joann M Gasper</u>
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

160802-4493-8

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal                    ___ Domiciliary _____

Unable to serve:
   ___ Not at this address       ___ Numerous attempts _____ times
   ___ Vacant                          ___ Received too late to serve
   ___ Moved                          ___ No longer works at this address
   ___ No such address            ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                       Deputy Sheriff
Parish of: _____

Imaged 08/02/2016 12:52 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,          160802-4494-6
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                                    Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION       P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,        CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: RICHARD C. STANLEY
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC                                          CK NO 4013 - $100.00
909 POYDRAS STREET SUITE 2500
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***THIRD AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 2nd day of August, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,          160802-4494-6
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal          ___ Domicilary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant               ___ Received too late to serve
   ___ Moved                ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ #_____
                       Deputy Sheriff
Parish of: _____

Page 1 of 1

<div align="right">

Imaged 08/02/2016 12:52 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

</div>

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR          160802-4495-3
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus                              Case: 762-636    Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION          P 1 EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,           CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To: WILLIAM M. ROSS
STANLEY REUTER ROSS THORNTON AND ALFORD
LLC                                             CK NO 4013 - $100.00
909 POYDRAS STREET SUITE 2500
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***THIRD AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 2nd day of August, 2016.

<div align="center">

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR          160802-4495-3
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal        ___ Domicilary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant               ___ Received too late to serve
   ___ Moved                ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

Page 1 of 1

Imaged 08/02/2016 12:52 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

160802-4496-1

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
   versus
CESAR R BURGOS, BURGOS LAW CORPORATION
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

Case: 762-636    Div: "M"
P 1  EVANS LAW
CORPORATION APLC

To:  ATTORNEY GENERAL FOR THE
STATE OF LOUISIANA
1885 NORTH 3RD STREET, 6TH FLOOR
BATON ROUGE, LA 70802

CK NO 4014 - $52.72

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***THIRD AMENDED
PETITION*** of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within ***TEN (10) CALENDAR*** days after the service hereof, under
penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 2nd day of August, 2016.

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE THIRD AMENDED PETITON FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT, FOR
CONSPIRACY TO COMMIT FRAUD, FOR UNFAIR TRADE PRACTICES,
FOR IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPRATICE;

160802-4496-1

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal      ___ Domicilary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant        ___ Received too late to serve
    ___ Moved        ___ No longer works at this address
    ___ No such address   ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                  Deputy Sheriff
Parish of: _____

Imaged 08/02/2016 12:52 - Signed: Deputy Clerk of Court /s/ Joann M Gasper

(101) Citation: ISSUE THIRD AMENDED PETITION FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT FOR
CONSPIRACY TO COMMIT FRAUD FOR UNFAIR TRADE PRACTICES FOR   160802-4500-0
IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPATRICE; ORIGINAL PETITION,
FIRST AND SECOND AMENDED PETITION

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

EVANS LAW CORPORATION APLC, ROBERT B
EVANS III
  versus                                         Case: 762-636   Div: "M"
CESAR R BURGOS, BURGOS LAW CORPORATION          P 1  EVANS LAW
APLC, GEORGE MCGREGOR, ROBERT DAIGRE,           CORPORATION APLC
RICHARD C STANLEY, WILLIAM M ROSS, CNA
INSURANCE COMPANY

To:  CNA INSURANCE COMPANY
THROUGH LOUISIANA SECRETARY OF STATE            CK NO 4014 - $52.72
8585 ARCHIVES BOULEVARD                         CK NO 6327 - $50.00
BATON ROUGE, LOUISIANA  70802

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the ***ORIGINAL PETITION,
FIRST, SECOND, THIRD AMENDED PETITION*** of which a true and correct copy accompanies
this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial
District Court in and for the Parish of Jefferson, State of Louisiana, within ***FIFTEEN (15)
CALENDAR*** days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT B. EVANS III and was issued by the Clerk of
Court on the 2nd day of August, 2016.

<div align="center">

/s/ Joann M Gasper
Joann M Gasper, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101) Citation: ISSUE THIRD AMENDED PETITION FOR BREACH OF
FIDUCIARY DUTY, FOR FRAUD, ERROR AND DURESS, FOR CLAIMS
UNDER THE LOUISIANA UNFAIR TRADE PRACTICES ACT FOR
CONSPIRACY TO COMMIT FRAUD FOR UNFAIR TRADE PRACTICES FOR   160802-4500-0
IMMORAL AND DECITFUL CONDUCT, FOR MISHANDLING OR A
PERSONAL INJURY SUIT AND FOR MALPATRICE; ORIGINAL PETITION,
FIRST AND SECOND AMENDED PETITION

Received:_____   Served:_____   Returned:_____

Service was made:
       ___ Personal              ___ Domiciliary _____

Unable to serve:
       ___ Not at this address   ___ Numerous attempts _____ times
       ___ Vacant                ___ Received too late to serve
       ___ Moved                 ___ No longer works at this address
       ___ No such address       ___ Need apartment / building number
       ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                                Deputy Sheriff
Parish of: _____

Page 1 of 1

Imaged 08/02/2016 13:04 - Signed: Deputy Clerk of Court /s/ Joann M Gasper