# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EVANS LAW CORPORATION, APLC, ET AL. * | | CIVIL ACTION |
| VERSUS * | | NO. 16-13550 |
| CESAR BURGOS, ET AL. * | | SECTION: "N" (2) |

*************************************************************************

## MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs herein who, for the reason stated in the accompanying memorandum in support, submit this Motion to Remand.

**WHEREFORE,** for the reasons set forth in the accompanying memorandum, Plaintiffs respectfully request that the Court grant their request to remand this matter back to the 24th Judicial District Court for the State of Louisiana, Parish of Jefferson.

*Respectfully Submitted:*

THE EVANS LAW CORPORATION

*/s/ Robert B. Evans, III*
Robert B. Evans, III #23473
Joshua D. Allison, #36142
3421 N. Causeway Blvd., Suite 201
Metairie, Louisiana 70002
Telephone: (504) 250-2621
Facsimile: (504) 828-1079
robby@robertevanslaw.com
josh@robertevanslaw.com
**Attorneys for Plaintiffs**

*Certificate of Service*

I hereby certify that a copy of the foregoing has this day been served upon all counsel of record by Electronic Means this 2nd day of September, 2016.

*/s/ Robert B. Evans, III*
**Robert B. Evans, III**

Page 1 of 1