UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVANS LAW CORP., APLC ET AL. | CIVIL ACTION |
| VERSUS | NO. 16-13550 |
| CESAR R. BURGOS ET AL. | SECTION "N"(2) |

## ORDER

The captioned case has been remanded to state court. Record Doc. No. 128. Accordingly, **IT IS ORDERED** that the settlement conference set before me on January 11, 2018, is hereby CANCELLED.

New Orleans, Louisiana, this __27th__ day of November, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE